**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 27, 2015

Hon. Michael W. Morris
Assistant Criminal District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Mr. Mark Anthony Moncada Estrada
TDCJ #1568684
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

Re:      Cause No. 13-13-00283-CR
Tr.Ct.No.  CR-712-08-C
Style:    MARK ANTHONY MONCADA ESTRADA v. THE STATE OF TEXAS

Dear Sir/Madam:

Pro Se's motion to appoint attorney in the above cause was this day DENIED by this Court. Pro Se's motion for rehearing in the above cause was this day DENIED by this Court.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch